IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

```
------------------------------------------------- :
DIANE WARGO, et al.,                             : CASE NO.  1:08 CV 02035
                                                 :
                                   Plaintiffs,   : JUDGMENT ENTRY
                                                 :
                    -vs-                         :
                                                 :
                                                 :
MARIO LAVANDEIRA dba                             :
PEREZHILTON.COM, et al.,                         :
                                                 :
                                  Defendants.    :
------------------------------------------------- :
```

UNITED STATES DISTRICT JUDGE LESLEY WELLS

        This Court, having contemporaneously entered its Memorandum of Opinion and

Order Granting Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2),

hereby enters judgment in favor of Defendants and against Plaintiffs.  See Intera Corp.

v. Henderson, 428 F.3d 605, 620-21 (6th Cir. 2005).


        IT IS SO ORDERED.


                                    ___/s/Lesley Wells_____
                                    UNITED STATES DISTRICT JUDGE